GREENBERG TRAURIG, LLP
HOWARD HOLDERNESS (SBN 169814)
holdernessh@gtlaw.com
KRISTIN O'CARROLL (SBN 312902)
ocarrollk@gtlaw.com
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Tel: 415-655-1300; Fax: 415-707-2010

Attorneys for Defendant
YAFEI LIU

# UNITED STATES DISTRICT COURT

## NORTHER DISTRICT OF CALIFORNIA

LIGANG FANG, an individual,

      Plaintiffs,

  vs.

YAFEI LIU, an individual,

      Defendant.

CASE NO. 22-cv-00941-VC

**STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES** AS MODIFIED

The parties, through their attorneys of record, stipulate and jointly request that the Court extend the case deadlines for the following reasons:

1. The parties have previously filed, and been granted, two requests for an extension of trial deadlines. In addition, on February 8, 2023, the Court ordered the parties to participate in court-sponsored mediation. The parties' prior requests for an extension of case deadlines were granted on December 27, 2022 and March 23, 2023.

2. Thereafter, the parties met and conferred regarding the taking of Plaintiff's deposition and stipulated to extend the deadline for taking this deposition as a result of Plaintiff's medical condition. The parties' prior requests concerning the taking of Plaintiff's depositions were granted on December 19, 2022, March 27, 2023,  and June 15, 2023. In the June 15, 2023 order, the Court authorized the taking of Plaintiff's deposition in Hong Kong.

3. On July 13, 2023, the Court granted the parties' stipulation and order concerning the taking of depositions. In the order, the parties stipulated to extend the deadline to take party depositions from July 26, 2023 to September 1, 2023, to allow the parties to complete discovery. This did not affect any other deadlines set by the Scheduling Order. Plaintiff was deposed in Hong Kong on July 26 and 27, 2023. Plaintiff noticed Defendant's deposition for August 31, 2023. Defendant is unavailable for deposition on this date.

4. The parties are currently engaged in meet and confer discussions regarding outstanding discovery issues, Defendant's deposition, and scheduling the mediation. As such, the parties are in need of additional time.

5. The parties hereby  stipulate and jointly request the Court vacate the present discovery cut-off, deadline for filing motions (including dispositive motions), and deadline to complete mediation as set by the Court's March 23, 2023 and July 13, 2023 orders. The pretrial conference, trial date, and all other orders contained in the Court's scheduling order issued on March 23, 2023 will remain in full force and effect.

6. The parties hereby stipulate and jointly request the Court modify the scheduling order issued on March 23, 2023 (Dkt. No. 43):

|   |   |   |
|---|---|---|
| a. | Deadline to complete mediation: | **October 9, 2023** |
| b. | Fact Discovery Cutoff: | **September 28, 2023** |
| c. | Dispositive Motion Deadline: | **November 16, 2023** |
|   | i.   Motions filed: | October 5, 2023 |
|   | ii.  Oppositions filed: | November 2, 2023 |
|   | iii. Replies filed: | November 9, 2023 |
| d. | Pretrial Disclosures Deadline: | **December 6, 2023** |
| e. | Final Pretrial Conference: | **January 23,  2024** |
| f. | First Day of Trial: | **January 29, 2024** |

DATED:  August 25, 2023                GREENBERG TRAURIG, LLP


By  */s/ Kristin O'Carroll*
Kristin O'Carroll
Attorneys for Defendant
Yafei Liu


DATED:  August 25, 2023                CHAN + PUNZALAN


By  */s/ Lawrence Ng*
Lawrence Ng
Attorneys for Plaintiff
Ligang Fang

STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER ENTERING STIPULATION**

On August 25, 2023, the parties, through their attorneys of record, filed a Joint Stipulation and [proposed] Order Extending Case Deadlines. Good cause appearing, the stipulation is granted. Accordingly, the scheduling order issued on March 23, 2023 (Dk. 43) is modified as follows:

a.  Deadline to complete mediation:          **October 9, 2023**

b.  Fact Discovery Cutoff:                   **September 28, 2023**

c.  Dispositive Motion Deadline:             **November 16, 2023**

    i.   Motions filed:               October 5, 2023

    ii.  Oppositions filed: October 26, 2023   ~~November 2, 2023~~

    iii. Replies filed:    November 2, 2023   ~~November 9, 2023~~

d.  Pretrial Disclosures Deadline:           **December 6, 2023**

e.  Final Pretrial Conference:               **January 23, 2024**

f.  First Day of Trial:                      **January 29, 2024**

**IT IS SO ORDERED.**

DATED:  8/29/2023            _____

                      United States District Court
                      Northern District of California

STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES